IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Bernard Jemison #179080

    plaintiff,

vs.

Warden Boyd
Assistant Warden W. Crow
Captain B. King

RECEIVED
2014 MAR 20 P 1:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Civil Action No. 2:14-cv-197-MEF-WC

**DEMAND FOR JURY TRIAL**

## IMMINENT DANGER CIVIL ACTION

Comes now plaintiff, Bernard Jemison, pro se, and seeks relief from this court to be free of "Imminent Danger" living conditions committed by prison officials.

Place of present confinement  Draper Corrections

Place of institution where incident occurred  Draper Corrections

NAME OF DEFENDANTS

Boyd
Brinda King
W. Crow
All 3 defendants are currently employed at Draper Corr. Facility
2828 AL Hwy 143   Elmore, AL 36025

1 of 4

## STATEMENT OF FACTS

The plaintiff, upon his arrival at Draper Correctional Center on January 17, 2014, was immediately informed by Correctional Officers that there was a significant number of inmates at the prison who were infected with the desease of <u>scabies</u>. Nurses employed at the corrections center conveyed to the plaintiff that the desease is contagious and spreads from prisoner to prisoners thru laundry washing and area's such as toilets, sinks and showers. These areas are shared by all inmates absent of adequate cleaning supplies. Inmates who are infected with scabies use the same unclean sinks, showers and toilets as the none-infected inmates. The infected inmates also wash there clothes with the clothes of none-infected inmates absent of the use of bleach or clorox which results in the further spread of scabies from prisoner to prisoner.

On January 21, 2014 the plaintiff was able to address sanitation practices and his health concerns personally to Warden Boyd, Assistant Warden Crow and Captain King, during a orientation meeting for new inmates at the facility. The plaintiff conveyed to the three defendants that there was an extreem need to issue prisoners adequate cleaning supplies to daily clean the sinks, toilets and shower area's. The plaintiff also requested that the infected prisoners clothes be washed separate from none infected prisoners and that clorox and bleach be used to properly clean

All clothes being washed. The plaintiff also requested that the defendant's build a cloth washing machine system at it's facility as all other prisons have in the state. As of now Draper Corrections send the dirty clothing of it's prisoners to another facility (Elmore Corrections) to be washed due to Draper Correctional Facility not having it's own washing units.

The defendants boldly denied each request of the plaintiff and further informed him to initiate a complaint to obtain relief. The deliberate indeference behavior of the defendants have placed the plaintiff and all other inmates housed at Draper at direct risk of being infected with this painful and irritable contagious desease. This desease, (scabies) drys up the skin and developes multiple pulsy bumps all over the body. The irritable dryness of the skin cause severe scratching to the point that it draws blood from the wounds in numerous parts of the body. Multiple inmates suffering from scabies at Draper have to have their bed linen (sheets) changed every day due to bloody wounds caused by this painful desease. Despite these knowledgable facts the three defendants, who are the administrators of the prison, refuse to remedy the spreading of this desease by simply issuing cleaning supplies to each dorm, provide Draper with it's own wash clothing machines, use bleach when washing the inmates clothen and wash the infected inmates clothes separate from the none-infected inmates. Absent of doing so places the

plaintiff and every inmate at this institution at imminent risk of contracting this painful and irritable skin desease which violates the eighth amendment of the constitution to be free from cruel and unusual punishment.

## RELIEF SOUGHT

Plaintiff request court cost and all attorney fee's be taxed to defendants. A trial by jury be granted. Immediate injunction Relief, which orders Administrators at Draper (the defendants) to build a washing machine system at Draper Corrections. Plaintiff request no compensatory or punitive damages.

I SWEAR UNDER PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT ON THIS 17th day of March 2014.

Bernard Jemison #179080
Draper Correctional Facility
Elmore, AL 36

Submitted by
Bernard Jemison
PRO SE

Bernal, Jambry #270080
Cell 1B
Draper Cor. Fac.
2828 Ala Hwy 143
Elmore, A. 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

Office of the Clerk
U.S. Courthouse Complex
One Church St
P.O. Box 711
Montgomery, AL 36101-0711

19 MAR 2014 PM 2 L