IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNARD JEMISON, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:14-cv-197-MEF |
| | ) WO |
| LOUIS BOYD, *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on March 28, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on March 24, 2014 is adopted;

3. This case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 31st day of Marh, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE